GEORGE F. HAGGERTY, Appellant, *v.* HAROLD D. WATSON et al., Individually and as Copartners under the Name of WATSON, KRISTELLER AND SWIFT, Respondents.

Submitted February 27, 1951; decided April 5, 1951.

*Bernard Meyerson* and *Alexander Vitale* for appellant.

*Ralph K. Jacobs, Jr.,* and *Ralph K. Jacobs* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.